AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| KACEY BARCLIFF, TRACEY BURGESS, YOLANDA HART, TISHA NEWKIRK, TANIKA SNEED, and DEMOND THORNE,<br>    Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA LEAGUE OF MUNICIPALITIES,<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**5:10-CV-244-D** |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that Defendant North Carolina League of Municipalities' Motion to Dismiss the Amended Complaint [D.E. #36] is GRANTED, and the Amended Complaint is DISMISSED with prejudice.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>August 2, 2011</u> WITH A COPY TO:

Romallus O. Murphy (via CM/ECF electronic notification)
Melissa R. Davis (via CM/ECF electronic notification)

<u>August 2, 2011</u>                 DENNIS P. IAVARONE, Clerk
Date                                  Eastern District of North Carolina

                                                /s/ Debby Sawyer
                                                (By) Deputy Clerk

Raleigh, North Carolina